UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SERAFIN ALVAREZ MORA,

      Petitioner,

    v.

FLORIDA SOFT SIDE SOUTH,
WARDEN;  U.S. DEPARTMENT
OF HOMELAND SECURITY,  U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Respondents,

Case No. 2:26-cv-1073-KCD-NPM

               /

## ORDER

Petitioner Serafin Alvarez Mora has filed a pro se habeas corpus petition challenging his immigration detention. (Doc. 1.) As best the Court can tell, the petition raises the same arguments as a prior case. (*Compare* Doc. 1, *with Mora v. Krome*, No. 2:26-cv-883-KCD-DNF (M.D. Fla. 2026).) For the reasons already explained, Mora is not entitled to release. And to the extent this new case presses any new claims, they are indecipherable. Accordingly, the habeas petition (Doc. 1) is **DENIED WITHOUT PREJUDICE** to Mora refiling a new petition should his current detention exceed the six-month mark, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is

**DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case

ORDERED in Fort Myers, Florida on May 21, 2026.

Kyle C. Dudek
United States District Judge